IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JERRY HAMMOND,       )  |   |
|    Petitioner,         )  |   |
|                     )  |   |
| v.                                )  | CIVIL ACTION NO. 13-00169-KD-B |
|                     )  |   |
| TONY PATTERSON,      )  |   |
|    Respondent.        )  |   |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 24, 2013 (Doc. 5), is **ADOPTED** as the opinion of this Court.  Accordingly, it is **ORDERED** that this action be **DISMISSED without prejudice** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this the **8**th day of **July 2013**.

                                            /s/ Kristi K. DuBose
                                            **KRISTI K. DuBOSE**
                                            **UNITED STATES DISTRICT JUDGE**